THERESA TORRE, as Administratrix of the Estate of EMILIO TORRE, Deceased, Respondent, v. COMPANIA SUD AMERICANA DE VAPORES, Also Known as CHILEAN LINE, Appellant, and JOHN W. McGRATH CORPORATION, Impleaded Defendant-Respondent.— Action against defendant shipowner to recover damages on the ground that it furnished a defective appliance, the use of which resulted in the death of plaintiff's intestate, a stevedore. Defendant shipowner sought judgment over as against the employer of plaintiff's intestate on the ground that the negligence of the impleaded defendant in the course of the stevedoring operations had caused the happening of the accident. Judgment for plaintiff against defendant shipowner, and for the impleaded defendant, dismissing the cross complaint as against it, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *post*, p. 1017.]

(April 19, 1948.)

SAM BIRNBAUM, Respondent-Appellant, v. JAMESTOWN MUTUAL INSURANCE COMPANY, Appellant-Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *ante*, p. 903.]

ITALIAN COOK OIL CORP., Appellant, v. ALAN PORTER LEE, INC., Respondent.— Motion for reargument denied, with $10 costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *ante*, p. 916.]

In the Matter of the Estate of WILLIAM R. DAVIS, Deceased. JOSEPH H. ROSENBAUM, Appellant; JAMES L. KAUFFMAN, as Executor of WILLIAM R. DAVIS, Deceased, Respondent.— Motion to dismiss appeals denied, without costs. Motion to dispense with the printing of certain exhibits and for permission to submit on the argument the originals thereof, granted, without prejudice to the settlement of the case in accordance with the provisions of the Civil Practice Act (§§ 575, 576) and the Rules of Civil Practice (rules 230, 231, 232), and without prejudice to the right of respondent to urge on such settlement, if so advised, that any of the exhibits is not material to the questions to be raised on the appeal and, for that reason, should not in any form be submitted or be part of the record on appeal to this court. (*Selkowitz* v. *Selkowitz*, 272 App. Div. 817.) Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

MARY J. LANE, Respondent, v. NEW YORK POST-GRADUATE MEDICAL SCHOOL AND HOSPITAL, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *ante*, p. 871.]

THE NEW YORK CONNECTING RAILROAD COMPANY, Respondent-Appellant, v. QUEENS USED AUTO PARTS, INC., Appellant-Respondent.— Motion for reargument denied, with $10 costs. (*Cook* v. *New York Elevated R. R. Co.*, 144 N. Y. 115, 117; *Gallagher* v. *Kingston Water Co.*, 25 App. Div. 82; *Matter of City of New York* [*Blackwell's Island Bridge*], 118 App. Div. 272, 274.) Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *ante*, p. 908.]

JAMES E. TAYLOR, as Administrator of the Estate of ROBERT W. TAYLOR, Deceased, Respondent, v. CHARLES YUKOWEIC, Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present.— Lewis, P. J., Carswell, Johnston and Adel, JJ.; Sneed, J., not voting. [See *ante*, p. 915.]

TEN TEN LINCOLN PLACE, INC., Appellant, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *ante*, p. 903.]